ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

WILLIAM J. MIGLER (CABN 318518)
Special Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5046
    FAX: (408) 535-5081
    William.Migler@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **CR 24-70472-MAG** |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| NICHOLAS WHEELER, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on March 22, 2024, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon a

    ☐    Indictment

    ☐    Information

    x    Criminal Complaint

    ☐    Other (describe)

pending in the Southern District of Indiana, Case Number 24-mj-00292-KMB.

In that case (copy of the criminal complaint attached), the defendant is charged in Count 1 with a violation of 18 U.S.C. § 875(b), transmission of an extortionate threat to kidnap or injure a person.

Defendant is charged in Count 1 with a violation of 18 U.S.C. § 875(c), transmission of a threat to kidnap or injure a person.

The maximum penalties are as follows:

As to Count 1, the maximum penalties are as follows: 20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment, and potential deportation.

As to Count 2, the maximum penalties are as follows: 5 years imprisonment, $250,000 fine, 1 year supervised release, $100 special assessment, and potential deportation.

Respectfully Submitted,

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

Date: March 25, 2024

*/s/William J. Migler*
William J. Migler
Special Assistant United States Attorney

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>NICHOLAS WHEELER<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No.  1:24-mj-00292-KMB |

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   March 20, 2024   in the county of   Vigo   in the
  Southern   District of   Indiana  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(b) | Transmission of an Extortionate Threat to Kidnap or Injure a Person |
| 18 U.S.C. § 875(c) | Transmission of a Threat to Kidnap or Injure a Person |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Jacob A. Overton
*Complainant's signature*

SA Jacob A. Overton, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
  telephone   *(reliable electronic means)*

Date:   March 22, 2024

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

City and state:   Indianapolis, Indiana

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jacob A. Overton, being duly sworn, do hereby state as follows:

1. I am employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the FBI's Indianapolis Field Office's Terre Haute Resident Agency. I have been an FBI Agent since April 4, 2004. In joining the FBI as a SA, I initially spent 18 weeks at the FBI training academy in Quantico, Virginia, where I received training in a variety of investigative, operational, and legal matters.

2. I am familiar with the circumstances of the offenses described in this affidavit through a combination of personal knowledge of the facts, discussion with other law enforcement officials, and from other investigative activities conducted or materials collected during the course of the investigation.

3. I make this affidavit in support of an application for issuance of a criminal complaint and arrest warrant for Nicholas WHEELER residing at 184 Bataan Rd., Seaside, California 93955 for violations of Title 18, United States Code, Section 875(b), Transmission of an Extortionate Threat to Kidnap or Injure a Person, and Title 18, United States Code, Section 875(c), Transmission of a Threat to Kidnap or Injure a Person.

4. The statements contained in this Affidavit are based in part on my direct involvement in this investigation; on my experience and background as a Special Agent of the FBI; on information provided by and conversations held with other law enforcement officers, including Special Agents/Task Force Officers of the FBI, officers of the Presidio of Monterey Police Department, other law enforcement officers, and others described below; and on a review of reports and database records. I have not included each and every fact that has been revealed through the course of this investigation. I have set forth only the facts sufficient to

establish probable cause for the issuance of the Complaint and associated arrest warrant.

## STATEMENT OF FACTS

5. On or around March 19, 2024, FBI SA Jacob A. Overton received information from Indiana State University Police Department (ISUPD) requesting assistance from the FBI. ISUPD advised a former student, Nicholas WHEELER (WHEELER), was making threats against the university, professors, attorneys, judges and several other individuals.

6. ISUPD identified WHEELER, phone number XXX-XXX-0383 as a former Indiana State University (ISU) student who studied in the flight program. WHEELER was no longer attending ISU. Using public source databases, WHEELER's home address was identified as 184 Bataan Rd, Seaside, CA 93955.

7. WHEELER posted on the social media platform X (formerly known as Twitter). He made general and specific threats and tagged profiles he was attempting to intimidate, extort, and/or threaten. Tagging a profile will make the post visible to the user or profile tagged.

8. WHEELER's X account was open to public view which allowed any user the opportunity to view WHEELER's posts. An X handle appears after the @ sign in the profile URL and must be unique to an X account. WHEELER utilized the X handle "**@random_X_acc**" for his account. Under WHEELER's X handle was the name "Nicholas Wheeler." The profile picture associated with the X account appeared to be of WHEELER as well.

9. A review of WHEELER's public X account revealed many threatening posts. Screen shots of the posts were captured by the FBI on or about March 19, 2024. The threatening posts began on or about March 14, 2024, and continued to and beyond March 19, 2024. The following is a sample of posts on WHEELER's X account:

   a. "I have a fully loaded 200 round MG-M2 machine gun. An uzi, an ar15, and a few glocks. I'm gonna have revenge. I went ahead and bought level 4 body armor and a

bullet proof helmet." Several individuals were tagged in this post (posted March 16, 2024, 11:27 p.m. ET).

b. "I TOLD YOU 72HOURS TO GIVE ME MY MONEY. Indiana state university. Not joking. You better fucking investigate my rape and chemical castration immediately. USDT ETHERUM ADDRESS 0x5d4b653c80052716df2fb06ae28e24fe8a142f40" Copied under this post was a previous post which stated, "I have a full loaded 200 round MG-M2 machine gun. An uzi, an ar15, and a few glocks. I'm gonna have revenge. I went ahead and bought level 4 body armor and a bullet proof helmet." (posted March 16, 2024, 11:41 p.m. ET).

c. "Save all my tweets. I'll be on the news in 72hours if I don't get my money. My professors paid someone 50k to have me raped and castrated in my apartment to make me unfit for flight. They even locked me out of the flight academy at Indiana state university." (posted on March 17, 2024, 1:45 a.m. ET).

d. "My life was valued at nothing. I was treated like a fucking medical experiment by fucking Jews. Having me psyoped raped drugged sterilized and fucking beat the shit outve me by some nigs. I'm gonna fucking delete the person I think did that to me. Or send me 500k." (posted on March 17, 2024, 2:48 p.m. ET).

e. "Send me money. Etling nice car and house you got. I know your daughter Meghan and how you were paid by soros or someone. Also how your son is in the green bay packers. Ryan chambers harassing me over telegram WhatsApp and twitter. Having me harassed and raped." (posted March 17, 2024, 3:17 p.m. ET)

f. "I wish I didn't have to do what I'm gonna be doing. I told these people to apologize and give me money. They wouldn't do it. So I'm coming back to Indiana for the last time. I am going to go beserk. Last chance 500k send it." (posted March 17, 2024, 3:08 p.m. ET).

g. "I'm coming back to terre haute. Etling Toufaute. Judge. Go ahead empty your life savings and send it to me. Ask the president of the university to do it also. I want everything you guys have. I'm coming for blood Indiana state university." (posted March 17, 2024, 8:27 p.m. ET).

h. "Your college let me get ran over raped drugged and sterilized by the nurses. Empty your bank accounts and sell your houses to give me money. I'm coming to take souls." The post contained a picture with several local area police officer names on it with one name highlighted. The post also tagged several other individuals. (posted March 17, 24, 8:29 p.m. ET).

i. "HEY KEVIN DONNER, FRANK MANDERINO, CHRISTOPHER COLBERT IM COMING TO TAKE YOUR SOULS. DO YOU HAVE MY FUCKING $500K??? CLOSED CASKET FUNERALS" (posted March 17, 2024, 9:29 p.m. ET).

      j.       "I'm coming back you ain't gonna like me because I have my mg-m2 machine gun now." WHEELER's X post showed a picture of himself with a pistol on the sink in the background. (posted March 19, 2024, 2:43 p.m. ET).

      10.     Because all these threats were made via WHEELER's X account, they were transmitted in interstate commerce.

      11.     The threats concerned ISUPD due to the nature of the threats, specificity of the threats, and that the threats referenced violence and weapons. WHEELER was in possession of a Glock pistol during a 2022 arrest in Indiana. WHEELER made many of his threats to people residing and/or working in the Southern District of Indiana.

      12.     The following factors led to the X account being identified as belonging to WHEELER:

      a.      The individual in the X profile picture below resembled WHEELER's driver's license photo (pictured side by side).

 

b. The picture below was included in one of the posts. The individual in the picture resembled Wheeler's driver's license photo and X profile photo (pictured above).



c. WHEELER utilized the X handle "**@random_X_acc**" for his account. Under WHEELER's X handle was the name "Nicholas Wheeler."

13. Victim 1 and Victim 2, referenced in one of the aforementioned X posts, were attorneys in Vigo County, IN.

14. Victim 3, referenced in one of the aforementioned X posts, works in the Southern District of Indiana.

15. Victim 4 and Victim 5, referenced in one of the aforementioned X posts, both work at ISU, located in Terre Haute, IN.

16. Considering the context and circumstances of WHEELER's threats, at least one of the victims contacted law enforcement for assistance.

17. One victim received a text message from phone number XXX-XXX-0383. The text message received by the victim contained identical language as used in WHEELER's X posts. The

text asked for $500,000 and referenced being raped and chemically castrated. The text message was received on or about March 18 2024 at 3:58 p.m. ET. The victim knew the number ending in 0383 as belonging to WHEELER.

18. On March 19, 2024, the Terre Haute Police Department obtained an emergency ping on WHEELER's phone, XXX-XXX-0383. The phone pinged within 2 miles of address 184 Bataan Rd, Seaside, California 93955. This address was listed as a possible home address for WHEELER in public source databases.

19. On March 20, 2024, a wellness check of WHEELER was conducted by the Presidio of Monterey (POM) Police Department. POM police took WHEELER in custody for a 72 hour assessment under California Code, Welfare and Institution Code 5150.

20. POM police also collected six firearms from the residence to include the firearm shown in WHEELER's X posts.

CONCLUSION

Based upon my training and experience and the facts set forth herein, I respectfully submit that there is probable cause to believe that, beginning on or about March 14, 2024, and through March 19, 2024, in the Southern District of Indiana and elsewhere, WHEELER committed the offenses of Transmission of an Extortionate Threat to Kidnap or Injure a Person, in violation of Title 18, United States Code, Section 875(b), and Transmission of a Threat to Kidnap or Injure a Person, in violation of Title 18, United States Code, Section 875(c).

/s/ Jacob A. Overton
Jacob A. Overton
Federal Bureau of Investigation
Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  March 22, 2024



Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br>NICHOLAS WHEELER<br><br>*Defendant* | ) ) ) Case No. 1:24-mj-00292-KMB<br>) ) ) ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Nicholas Wheeler                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment     ❐ Superseding Indictment     ❐ Information     ❐ Superseding Information     ☑ Complaint
❐ Probation Violation Petition     ❐ Supervised Release Violation Petition     ❐ Violation Notice     ❐ Order of the Court

This offense is briefly described as follows:

Count 1: Transmission of an Extortionate Threat to Kidnap or Injure a Person, in violation of 18 U.S.C. § 875(b)
Count 2: Transmission of a Threat to Kidnap or Injure a Person, in violation of 18 U.S.C. § 875(c)

Date:     March 22, 2024 at 3:58 PM (Eastern)

*Kellie M. Barr*
United States Magistrate Judge
Southern District of Indiana

City and state:     Indianapolis, Indiana

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

                                                                                                    *Arresting officer's signature*

                                                                                                    *Printed name and title*