## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** Honorable Susan van Keulen  
U.S. Magistrate Judge

**RE:** Nicholas Scott Wheeler

**FROM:** Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:** 5:24-70472M-1

**Date:** 4/1/24

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Kim Do  
U.S. Pretrial Services Officer

(408) 535-5224  
**TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. The Status re Detention/Rule 5 Hearing set for 4/5/24 at 10:00am is ADVANCED to 4/3/24 at 12:30pm.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A. _____

B. _____

[ ] Bail Revoked/Bench Warrant Issued.

[X] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

_____

_____

_____*Susan van Keulen*_____     _____April 2, 2024_____  
**JUDICIAL OFFICER**                                **DATE**

cc:PTS